| DISTRICT COURT OF THE VIRGIN ISLANDS |
|:---:|
| DIVISION OF ST. CROIX |

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  **v.**                                 **1:07-cr-00050**

**RONALD E. GILLETTE,**

        **Defendant.**

_____

**TO:**    Ronald E. Gillette, *Pro Se*
           2604 W. Woodland Ridge Drive
           Lecanto, FL 34661

           Joseph A. DiRuzzo, III, Esq.

## ORDER

THIS MATTER is before the Court upon Defendant Ronald E. Gillette's "Motion Seeking Approval By U.S. Magistrate Judge To File Three Affidavits For U.S. Citizens Criminal Complaint Based Upon U.S. Customs And Boarder Protection (CBP) And U.S. Marshals Service (USMS) Improper, Inadequate, Inefficient, And Ineffective Investigations Causing Erroneous Prosecution Of U.S. Citizen Resulting In Conviction Of Innocent Person," dated April 27, 2020.  Additionally, Defendant has submitted three attached documents, each of which is titled "Affidavit For U.S. Citizen Criminal Complaint."  Defendant has failed to follow the Court's instructions, dated March 18, 2020 (ECF No. 557), regarding what is required of him in order to submit *pro se* filings.

**WHEREFORE**, in accordance with this Court's March 18, 2020 order (ECF No. 557), the Court will mark these documents as "**Received 5/5/2020**" and not docket them.

*United States v. Gillette*
1:07-cr-00050
Order
Page 2

      The order issued today will not operate to preclude Defendant from filing a notice of appeal in this action, but will continue to apply to any further motions, applications, letters, or other documents he seeks to file.

                                        ENTER:

Dated: May 6, 2020                       /s/ George W. Cannon, Jr.
                                              GEORGE W. CANNON, JR.
                                              MAGISTRATE JUDGE