| DISTRICT COURT OF THE VIRGIN ISLANDS |
| :---: |
| DIVISION OF ST. CROIX |

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

    **v.**                                                                                  1:07-cr-00050

**RONALD E. GILLETTE,**

                **Defendant.**

_____

**TO:**    Ronald E. Gillette, *Pro Se*
           2604 W. Woodland Ridge Drive
           Lecanto, FL 34661

        Joseph A. DiRuzzo, III, Esq.

## ORDER

THIS MATTER is before the Court upon Defendant Ronald E. Gillette's "Motion Seeking Approval By U.S. Magistrate Judge To Order The Filing (ECF No. 549), (ECF No. 550) And (ECF No. 551)."  This order is issued without necessity of response.

Having reviewed the motion, and in accordance with this Court's March 18, 2020 order (ECF No. 557), the Court will deny the motion.

     **WHEREFORE**, Defendant Ronald E. Gillette's "Motion Seeking Approval By U.S. Magistrate Judge To Order The Filing (ECF No. 549), (ECF No. 550) And (ECF No. 551)" is **DENIED**.

                                                    ENTER:

Dated: August 26, 2020                    /s/ George W. Cannon, Jr.
                                                          GEORGE W. CANNON, JR.
                                                           MAGISTRATE JUDGE